259  WILSON vs. CIRCUIT JUDGE (Gratiot), No. 14697½, 104 M., 155.

To compel respondent to quash an information against relator for adultery, on complaint of the husband of the woman with whom the adultery was charged.

Order to show cause denied February 12, 1895.


260  BAILEY vs. CIRCUIT JUDGE (Calhoun), No. 13096½.

To quash a complaint and warrant for bastardy, on the ground that the court had no jurisdiction, for the reason that the child was born, and the mother of said child resided, in the County of Lenawee.

Held, that relator's remedy was by appeal.

Order to show cause denied October 5, 1892.